


**Josephine Griffin**

CLERK OF THE CIRCUIT AND
CHANCERY COURTS
AND EX–OFFICIO RECORDER

## CHICOT COUNTY

108 Main Street
Lake Village
**ARKANSAS**
71653

# FAX

DATE: _3/17/17_

TO: _Lidsney_

FAX NUMBER: _901-339-0683_

FROM: JOSEPHINE GRIFFIN, CHICOT COUNTY CIRCUIT CLERK

PHONE NUMBER: (870) – 265 – 8010

FAX NUMBER: (870) – 265 – 8012

NUMBER OF PAGES (EXCLUDING COVER SHEET): _16_

COMMENTS: _CV2017-13-4_



EXHIBIT

_A_

## COVER SHEET
## STATE OF ARKANSAS
## CIRCUIT COURT: CIVIL

The civil reporting form and the information contained herein shall not be admissible as evidence in any court proceeding or replace or supplement the filing and service of pleadings, orders, or other papers as required by law or Supreme Court Rule. This form is required pursuant to Administrative Order Number 8. Instructions are located at the end of the form.

County: Chicot     District: 10th     Filing Date: 2/9/17

Judge: Steven Porch     Division: Four     Case ID: CV2017-13

**Type of case (select one that best describes the subject matter)**

**Torts**
X (NM) Automobile
□ (IT) Intentional
□ (MP) Malpractice – Medical
□ (MO) Malpractice – Other
□ (LP) Premises – Liability
□ (PL) Product Liability
□ (DF) Slander/Libel/ Defamation
□ (OD) Torts – Other

**Contracts**
□ (BP) Buyer Plaintiff
□ (EM) Employment Discrimination
□ (EO) Employment – Other
□ (DO) Seller Plaintiff (Debt Collection)
□ (OC) Contract – Other

**Real Property**
□ (CD) Condemnation/Eminent Domain
□ (UD) Landlord/Tenant Unlawful Detainer
□ (UO) Landlord/Tenant – Other
□ (FC) Mortgage Foreclosure
□ (QT) Real Property – Other

**Miscellaneous Civil**
□ (AP) Administrative Appeal
□ (EL) Election
□ (FV) Foreign Judgment – Civil
□ (FR) Fraud
□ (IJ) Injunction
□ (CF) Property Forfeiture
□ (RF) Register Arkansas Judgment
□ (WT) Writ - Other
□ (OM) Civil – Other

| Plaintiff | | Defendant | |
|---|---|---|---|
| Company/ Last Name | Bostick | Company/ Last Name | Redmond |
| Suffix | | Suffix | Jr. |
| First Name | Zachary | First Name | Eddie |
| DL/State ID | | DL/State ID | |
| Address | 601 North Fourth Street | Address | 7342 Holly Grove |
| City, State ZIP | McGehee, AR 71654 | City, State ZIP | Cruger, MS 28924 |
| Phone | 870-831-1540 | Phone | |
| Email | | Email | |
| Self-represented | Yes   x No | Self-represented | □ Yes    □ No |
| DOB | 06/14/1995 | DOB | |
| Interpreter needed? | □ Yes: _____ X No    (language) | Interpreter needed? | □ Yes: _____ □ No    (language) |

Attorney of Record: Michael D. Ray       Bar #: 92-146

For the: x Plaintiff    □ Defendant    □ Intervenor    Email Address: _____

Related Case(s): Judge: _____     Case ID(s) _____

Manner of filing (choose one):    x (MFO) Original      □ (MFR+case type) Re-open
                                        □ (MFT) Transfer          □ (MFF) Reactivate

1                                                                1/1/2017

**COVER SHEET**
**STATE OF ARKANSAS**
**CIRCUIT COURT: CIVIL**

Additional Civil Case Party Information. Attach additional pages if needed.

If amending an existing case to add parties, include:
Case ID:_____Case Styling: _____

| Plaintiff 2 | | Defendant 2 | |
|---|---|---|---|
| Company/ Last Name | Meaux | Company/ Last Name | APAC – Mississippi, Inc. |
| Suffix | | Suffix | |
| First Name | Mary | First Name | |
| DL/State ID | | DL/State ID | |
| Address | 601 North Fourth Street | Address | 101 Riverview Drive |
| City, State ZIP | McGehee, AR 71654 | City, State ZIP | Richland, MS 39218 |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | □ Yes    x No | Self-represented | □ Yes    □ No |
| DOB | 10/20/1997 | DOB | |
| Interpreter needed? | □ Yes: _____  □ No  (language) | Interpreter needed? | □ Yes: _____  □ No  (language) |

| Plaintiff 3 | | Defendant 3 | |
|---|---|---|---|
| Company/ Last Name | | Company/ Last Name | |
| Suffix | | Suffix | |
| First Name | | First Name | |
| DL/State ID | | DL/State ID | |
| Address | | Address | |
| City, State ZIP | | City, State ZIP | |
| Phone | | Phone | |
| Email | | Email | |
| Self-represented | □ Yes    □ No | Self-represented | □ Yes    □ No |
| DOB | | DOB | |
| Interpreter needed? | □ Yes: _____  □ No  (language) | Interpreter needed? | □ Yes: _____  □ No  (language) |

2

1/1/2017

IN THE CIRCUIT COURT OF CHICOT COUNTY, ARKANSAS
CIVIL DIVISION

ZACHARY BOSTICK AND
MARY MEAUX                                                          PLAINTIFFS

CASE NO: CV- 2017-13-4

EDDIE REDMOND, JR AND
APAC-MISSISSIPPI, INC.                                             DEFENDANTS

## COMPLAINT

COMES NOW the Plaintiffs, Zachary Bostick and Mary Meaux, individually, by and

through their attorney, Michael D. Ray, and for their cause of action against the Defendants,

Eddie Redmond, Jr. and APAC-Mississippi, Inc. to the Court does state and allege:

### PARTIES

1.     The Plaintiffs Zachary Bostick and Mary Meaux were at all times mentioned in

the Complaint residents of the State of Arkansas and did live at 601 North Fourth Street,

McGehee, AR, 71654.

2.     Defendant Eddie Redmond, Jr, was at all times mentioned in the Complaint a

resident of the State of Mississippi and did live at 7342 Holly Grove in Cruger, Mississippi,

38924.

3.     Defendant, APAC - Mississippi, Inc. was at all times mentioned in the complaint

a profit corporation whose principle place of business is in 101 Riverview Drive, Richland, MS

39218 and the agent for service of process for APAC – Mississippi, Inc. is Corporation Service

Company, 5760 I-55 North, Suite 150, Jackson, Mississippi, 39211.

Filed in Chicot County, AR 9th day of
February 2017 at 9:10am
Josephine Griffin, Circuit Clerk
By Lena Raukw DC

4.    At all times mentioned in this Complaint, Eddie Redmond, Jr. was an agent, servant, employee, and/or statutory employee of APAC – Mississippi, Inc.

5.    At all times mentioned herein in this Complaint, Eddie Redmond, Jr. was acting during and within the scope of his agency, employment, joint employment, statutory employment, and/or under the direct control of the Defendant APAC – Mississippi, Inc.

6.    As a result of the relationship of Eddie Redmond, Jr. to the Defendant APAC – Mississippi, Inc., Eddie Redmond, Jr.'s actions are herein imputed to the Defendant APAC – Mississippi, Inc.

## JURISDICTION AND VENUE

7.    This is a cause of action arising from a motor vehicle accident that occurred on December 10, 2016. Jurisdiction is proper under **A.C.A. 16-4-101**.

## COUNT I – PERSONAL INJURY

8.    On December 10, 2016, at approximately 8:20 a.m., the driver, Defendant Eddie Redmond, Jr., was operating a 2015 Mack Truck tractor-trailer owned by APAC – Mississippi, Inc. Plaintiff Zachary Bostick was operating a 2011 Ford F-150. Plaintiff Mary Meaux was a passenger in his vehicle.

9.    Plaintiff Zachary Bostick and Defendant Eddie Redmond, Jr. were both traveling north on Highway 65/82 in Lake Village, Arkansas. Defendant was traveling in the left lane and Plaintiffs were traveling in the outside lane. Defendant Eddie Redmond, Jr. attempted to make a right turn crossing over into Plaintiff's lane of traffic and causing a collision with Plaintiff's vehicle.

10.    At the time of the impact, Eddie Redmond, Jr. was guilty of the following negligent acts:

    a.    Careless and Prohibited Driving in violation of ACA 27-51-104

    b.    Failure to keep a proper lookout for other traffic,

    c.    Failure to keep his vehicle under proper control.

    d.    Improper right turn.

    11.    As a direct and proximate result of the above-described negligent acts of Eddie Redmond, Jr. imputed to the Defendants, APAC – Mississippi, Inc., Plaintiffs suffered injuries all in an amount to be proven at trial.

### COUNT II – NEGLIGENT HIRING

    12.    The actions of Eddie Redmond, Jr., show violations of the rules of the road and make APAC – Mississippi, Inc. guilty of negligence for the hiring of Defendant Eddie Redmond, Jr., APAC – Mississippi, Inc. knew, or should have known, that its failure to research and screen potential employees would result in injury to the motoring public. However, APAC – Mississippi, Inc. failed to perform their due diligence in the hiring of Eddie Redmond, Jr., resulting in injury to the motoring public.

### COUNT III – NEGLIGENT TRAINING AND SUPERVISION

    13.    The actions of Eddie Redmond, Jr. imputed to APAC – Mississippi, Inc. show violations of the rules of the road and make APAC – Mississippi, Inc. guilty of negligent training and supervision concerning Defendant Eddie Redmond, Jr. APAC – Mississippi, Inc. should have known that its failure to train and supervise Eddie Redmond, Jr. would result in injury to the motoring public. However, APAC – Mississippi, Inc. failed to perform their due diligence in the hiring and supervision of Eddie Redmond, Jr., resulting in injury to the motoring public.

### DAMAGES

14. As a direct and proximate result of Eddie Redmond, Jr.'s negligent, carelessness, and negligent conduct, the Plaintiffs have sustained severe and painful injuries. The Plaintiffs have endured much pain, suffering and mental anguish and will continue to have pain, suffering and mental anguish in the future.

15. As a direct and proximate result of Eddie Redmond Jr.'s negligent, carelessness and reckless conduct, the Plaintiffs have been required to expend money for expenses as a result of the injuries they sustained. The Plaintiffs will be required to expend additional sums of money for medical treatment in the future.

16. As a direct and proximate result of Eddie Redmond, Jr.'s negligence, carelessness and reckless conduct, the Plaintiffs Zachary Bostick and Mary Meaux has suffered loss of wages and earnings and loss of earnings capacity.

17. As a direct and proximate result of the negligence, carelessness and recklessness of Defendant Eddie Redmond, Jr., the Plaintiffs Zachary Bostick and Mary Meaux suffered property damage including, but not limited to, diminution in value of the vehicle and loss of use, cost of tags, tax and title.

18. By reason of the above damages proximately caused by the negligent conduct of Eddie Redmond, Jr. imputed to the Defendants APAC – Mississippi, Inc., the Plaintiff is entitled to recover from the Defendants, and each of them, jointly and severally, a sum greater than the Federal Court jurisdictional limits for diversity suits.

WHEREFORE, premises considered, the Plaintiffs Zachary Bostick and Mary Meaux, prays for judgment against the Defendants, Eddie Redmond, Jr. and APAC – Mississippi, Inc. each of them jointly and severally for a sum in excess of the Federal Court jurisdictional limits in diversity cases; for costs of this action; and all of the proper relief to which Plaintiff may be entitled.

Dated this ___ day of February, 2017.

RESPECTFULLY SUBMITTED:

Zachary Bostick and Mary Meaux,
Plaintiffs

BY: _____
Michael D. Ray
Ray Law Firm, P.A.
Attorney for Plaintiffs
PO Box 1123
Crossett, AR 71635
870-364-5176 phone
870-364-6503 fax

## VERIFICATION

I, Zachary Bostick, Plaintiff, have reviewed the above Complaint and I affirm they are true and correct to the best of my abilities.

Zachary Bostick

## VERIFICATION

I, Mary Meaux, Plaintiff, have reviewed the above Complaint and I affirm they are true and correct to the best of my abilities.

Mary Meaux

## IN THE CIRCUIT COURT OF CHICOT COUNTY, ARKANSAS
### CIVIL DIVISION

### SUMMONS

**ZACHARY BOSTICK AND
MARY MEAUX**

**PLAINTIFF**

V.

NO.: CV 2017-13-4

**EDDIE REDMOND, JR. AND
APAC-MISSISSIPPI, INC.**

**DEFENDANT**

### THE STATE OF ARKANSAS TO DEFENDANT:

**Eddie Redmond, Jr.**
7342 Holly Grove
Cruger, Mississippi 38924

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it)-or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas-you must file with the clerk of this Court a written answer to the Complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the Plaintiff or Plaintiff's attorney, whose name and address are: Michael D. Ray, The Ray Law Firm, PO Box 1123, Crossett, Arkansas, 71635.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the Complaint.

Additional Notices:

Address of Circuit Clerks Office:
Chicot County Circuit Clerk
Chicot County Courthouse
108 Main Street
Lake Village, AR. 71653

Josephine Griffin
CLERK OF COURT

(Signature of Clerk of Deputy Clerk)

2/9/17
Date

[ SEAL ]

No._____ This summons is for Eddie Redmond, Jr.

## PROOF OF SERVICE

□ I personally delivered the summons and complaint to the individual at_____ on the
_____ day ; or

□ I left the summons and complaint in the proximity of the individual by _____ after
he/she refused to receive it when I offered it to him/her; or

□ I left the summons and complaint at the individual's dwelling house or usual place of abode
_____(address) with_____(name), a personal at least 14 years of age
who resided there, on _____(date); or

□ I delivered the summons and complaint to _____(name of individual), an agent
authorized by appoint or by law to receive service of summons on behalf of _____(name of
Defendant) on _____ (date); or

□ I am the Plaintiff or an attorney of record for the Plaintiff in this lawsuit, and I mailed a copy of the
summons and complaint by first-class mail to the defendant together with copies of a notice and acknowledgment
form within twenty days after the date of mailing.

□ Other (Specify)_____

□ I was unable to execute service because: _____
_____
_____

My fee is: $_____

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____                         Sheriff of Ashley County, Arkansas


                                        By: _____
                                              [Signature of server]


                                        _____
                                        [printed name, title and badge number]

**To be completed if service is by person other than a sheriff or deputy sheriff.**

Date:_____              By: _____
                                            [signature of server]


                                     _____
                                     [printed name]


Address: _____

_____

Phone:_____

Subscribed and sworn to before me this date: _____
                                              Notary Public

My commission expires: _____

Additional information regarding service or attempted service:

_____

## IN THE CIRCUIT COURT OF CHICOT COUNTY, ARKANSAS
## CIVIL DIVISION

### SUMMONS

**ZACHARY BOSTICK AND
MARY MEAUX**

                     **PLAINTIFF**

V.             NO.: *CV2017-13-4*

**EDDIE REDMOND, JR. AND
APAC-MISSISSIPPI, INC.**

                   **DEFENDANT**

**THE STATE OF ARKANSAS TO DEFENDANT:**

**APAC – Mississippi, Inc.**
c/o The Corporation Service Company
5760 I-55 North, Suite 150
Jackson, Mississippi, 39211

A lawsuit has been filed against you. The relief demanded is stated in the attached complaint. Within 30 days after service of this summons on you (not counting the day you received it)-or 60 days if you are incarcerated in any jail, penitentiary, or other correctional facility in Arkansas-you must file with the clerk of this Court a written answer to the Complaint or a motion under Rule 12 of the Arkansas Rules of Civil Procedure.

The answer or motion must also be served on the Plaintiff or Plaintiff's attorney, whose name and address are: Michael D. Ray, The Ray Law Firm, PO Box 1123, Crossett, Arkansas, 71635.

If you fail to respond within the applicable time period, judgment by default may be entered against you for the relief demanded in the Complaint.

Additional Notices:

Address of Circuit Clerks Office:
Chicot County Circuit Clerk
Chicot County Courthouse
108 Main Street
Lake Village, AR 71653

                     Josephine Griffin
                     CLERK OF COURT

                     *Xena Rowls*
                     (Signature of Clerk of Deputy Clerk)

                     *2/9/17*
                     Date

[ SEAL]

No._____ This summons is for APAC – Mississippi, Inc.

## PROOF OF SERVICE

□ I personally delivered the summons and complaint to the individual at_____ on the _____ day ; or

□ I left the summons and complaint in the proximity of the individual by _____ after he/she refused to receive it when I offered it to him/her; or

□ I left the summons and complaint at the individual's dwelling house or usual place of abode _____(address) with_____(name), a personal at least 14 years of age who resided there, on _____(date); or

□ I delivered the summons and complaint to _____(name of individual), an agent authorized by appoint or by law to receive service of summons on behalf of _____(name of Defendant) on _____ (date); or

□ I am the Plaintiff or an attorney of record for the Plaintiff in this lawsuit, and I mailed a copy of the summons and complaint by first-class mail to the defendant together with copies of a notice and acknowledgment form within twenty days after the date of mailing.

□ Other (Specify)_____

□ I was unable to execute service because: _____

My fee is: $_____

**To be completed if service is by a sheriff or deputy sheriff:**

Date:_____                               Sheriff of Ashley County, Arkansas


                                    By: _____
                                          [Signature of server]


                                         _____
                                         [printed name, title and badge number]

**To be completed if service is by person other than a sheriff or deputy sheriff.**

Date:_____          By: _____
                                          [signature of server]



                                         _____
                                         [printed name]

Address: _____
          _____

Phone:_____

Subscribed and sworn to before me this date: _____
                                                    Notary Public

My commission expires: _____

Additional information regarding service or attempted service:
_____

IN THE CIRCUIT COURT OF CHICOT COUNTY, ARKANSAS
CIVIL DIVISION

ZACHARY BOSTICK AND
MARY MEAUX                                                          PLAINTIFF

V.                              NO.: CV-2017-13-4

EDDIE REDMOND, JR. AND
APAC-MISSISSIPPI, INC.                                              DEFENDANT

## AFFIDAVIT OF SERVICE

I, Michael D. Ray, Attorney for Petitioner herein, do hereby certify that pursuant to Rule 4 of the Arkansas Rules of Civil Procedure, I have served the Complaint at Law and Summons, to the Defendant, APAC-Mississippi, Inc., c/o Corporation Service Company by certified mail, restricted delivery, requiring a signed receipt. Said certified mail was sent by number 7015 0640 0006 3345 5522 and received by the Defendant, APAC-Mississippi, Inc. on February 17, 2017. Attached hereto is the Return Receipt for said letter showing that same was received by the Defendant.

WITNESS MY HAND this 21 day of February, 2017.

_____
Michael D. Ray

ASHLEY COUNTY
STATE OF ARKANSAS

Filed in Chicot County, AR 27th day of
February, 2017 at 1:35pm
Josephine Griffin, Circuit Clerk
By Zena Paul            DC

Witness my hand this 21st day of February, 2017.

My commission expires:

Feb. 4, 2024

```
JERRI A. HAGOOD
MY COMMISSION # 12397689
EXPIRES: February 4, 2024
Ashley County
```

Jerri A. Hagood
Notary

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

APAC-Mississippi, Inc
C/o Corporation Service Company
5760 I-55 North. Suite 150
Jackson. MS 39211

9590 9403 0463 5173 4120 03

2. Article Number (Transfer from service label)

7015 0640 0006 3345 5522

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Angela Dees_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Angela Dees   2-17-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt