## IN THE UNITED STATE DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**ZACHARY BOSTICK AND MARY
MEAUX,**

**Plaintiffs,**

**vs.**                                                  **Docket: 5:17-cv-00068-JLH**

**EDDIE REDMOND, JR. AND APAC-
MISSISSIPPI, INC.,**

**Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties

hereby announce to the Court that all matters in controversy have been compromised and settled

as to Plaintiffs, Zachary Bostick and Mary Meaux's, action against Defendants, Eddie Redmond,

Jr. and APAC-Mississippi, Inc., and hereby stipulate that this action should be dismissed, with

prejudice.

APPROVED:

/s/ Michael D. Ray
Michael D. Ray
Ray Law Firm, P.A.
Post Office Box 1123
Crossett, Arkansas 71635
(870) 364-5176
Attorney for Plaintiffs

APPROVED:


/s/ Jay M. Atkins
JAY M. ATKINS # MS 100513; TN 21371
McAngus, Goudelock and Courie, LLC
119 North 9th Street
Oxford, Mississippi 38655
(662) 281-7828
Attorney for Defendants